# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

City of Perth Amboy, et al     CIVIL 08-358 (PGS)

    V.

Darwin National Assurance Company,     O R D E R
et al

It appearing that proceedings in the above matter have been stayed,

It is on this 9th day of November 2009,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

_____
PETER G. SHERIDAN, U.S.D.J.